UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Scott Karsjens,                                        Civil No. 15-2590 (DWF/JFD)

        Plaintiff,

v.                                                                         **ORDER ADOPTING REPORT**
                                                    **AND RECOMMENDATION**

Dana Osborne, Jenn Gross, and Thorne
Torgerson, *in their individual capacities*,

        Defendants.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty dated November 21, 2023 (Doc. No. 66). No objections have been filed to the Report and Recommendation in the time period permitted.[1]

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. The Magistrate Judge recommended dismissing the claims against Dana Osborne and Thorne Torgerson without prejudice for failure to effectuate service. Based upon the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now enters the following:

---

[1] Instead, Karsjens appears to agree with the R&R and has moved to dismiss the entire action without prejudice. (Doc. No. 67.) The Court will address his motion in a separate order.

## ORDER

1. Magistrate Judge John F. Docherty's November 21, 2023, Report and Recommendation (Doc. No. [66]) is **ADOPTED**.

2. Karsjens's claims against Dana Osborne and Thorne Torgerson in their individual capacities are **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 19, 2023         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge